UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DIRECT CONNECT LOGISTIX, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.  1:18-cv-2559-LSA-MJD |
| | ) | |
| UNIVERSAL TRANSPORT | ) | |
| TRUCKING, LLC. | ) | |
| | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

Defendant, Universal Transport Trucking, LLC, having failed to plead or otherwise defend in this action, and default having been entered, NOW, upon application of the Plaintiff and upon affidavit that Defendant is indebted to the Plaintiff in the sum of Fifteen Thousand Eight Hundred and Ninety-Two Dollars ($15,892.00), that Defendant is not in the military services of the United States and is not an infant or incompetent person; it is hereby ORDERED ADJUDGED AND DECREED, that Plaintiff recover from Defendant the sum of Fifteen Thousand Eight Hundred and Ninety-Two Dollars ($15,892.00), plus costs of this action.

DATED:      12/3/2018                        Laura A. Briggs, Clerk

BY:   _Andrew P. Dolenska_____

Deputy Clerk, U.S. District Court

Distribution:

Universal Transport Trucking, LLC
20122 Park Ave.
Lynwood, IL 60411

Electronically registered Counsel of record via CM/ECF